Fourth Department. January 19, 1910.) Action by Mortimer D. Smith against Mike Miller. No opinion. Judgment and order affirmed, with costs.

SNELL, Respondent, v. NIAGARA PAPER MILLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Ralph M. Snell against the Niagara Paper Mills. No opinion. Judgment modified, by deducting from the verdict $86.27 as of the date of the rendition thereof, and, as so modified, affirmed, together with the order, without costs of this appeal to either party.

SPENCER, Respondent, v. BINGHAMTON RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by King W. Spencer against the Binghamton Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

KELLOGG, J., dissents.

SPIRO, Appellant, v. CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Philip Spiro, as trustee, against the City of New York and another. M. B. Gluck, for appellant. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAGE, Respondent, v. C. MOENCH SONS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Clayton L. Stage, an infant, etc., against the C. Moench Sons Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the verdict was contrary to and against the weight of the evidence, both as to defendant's negligence and plaintiff's freedom from contributory negligence.

KRUSE, J., dissents.

STANNARD, Appellant, v. ATLANTIC TERRA COTTA CO., Respondent. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Ambrose B. Stannard against the Atlantic Terra Cottta Company. H. C. Smyth, for appellant. G. Sumner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAPLES, Appellant, v. CORNWALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Oren G. Staples against Andrew C. Cornwall and others. No opinion. Order affirmed, with $10 costs and disbursements.

STEIGER, Respondent, v. MERYASH, Appellant, et al. (two cases). (Supreme Court, Appellate Division, First Department. January 28, 1910.) Actions by Ferdinand Steiger against Louis Meryash, impleaded with others. E. W. S. Johnston, for appellant. L. O. Van Doren, for respondent. No opinion. Orders modified, by providing that the costs imposed as a condition of amendment be made absolute, and, as so modified, affirmed, without costs. Orders filed.

In re STEVENSON. (Supreme Court, Appellate Division, First Department. December 30, 1909.) In the matter of Maxwell Stevenson. No opinion. Reargument ordered.

STEWART v. D'ONOFRIO (two cases). (Supreme Court, Appellate Division, First Department. January 28, 1910.) Actions by Oscar Stewart and by John M. Stewart, an infant, against Fortuanto D'Onofrio. No opinion. Motions to dismiss appeals granted, unless appellant comply with conditions stated in orders. Orders filed.

STEWART, Respondent, v. GARFORD, Appellant. (Supreme Court, Appellate Division, First Department. December 17, 1909.) Action by Gardiner Stewart against Arthur L. Garford. J. W. Ingram, for appellant. G. H. Montague, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

STONE et al., Respondents, v. CLEVELAND, C., C. & ST. L. R. CO., Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Henry M. Stone and another against the Cleveland, Cincinnati, Chicago, & St. Louis Railroad Company, impleaded with others.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents, upon the ground that the contract for shipment was made with the Cincinnati Northern Railroad Company, and there is no evidence to show that such railroad is a part of the system of the Cleveland, Cincinnati, Chicago & St. Louis Railroad Company.

STRINGER v. BARKER. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Adolia G. Stringer against Charles B. Barker. With this case has been consolidated in this court cases bearing titles as follows: Catherine M. Bernadacy v. Schenke Piano Co.; People ex rel. A. H. Joline v. Wm. R. Willcox; John D. Parks Sons v. Charles Hubbard; David Boker v. H. Koehler & Co.; Clarence B. Rice v. Wittner Jaffer Co.; Doris C. Rice v. Same; New York & Pennsylvania Co. v. Antonio Dezego; Martha B. Patterson v. Thomas H. Taylor; Anna A. Flynn v. New York Taxicab Company. No opinions. Motions denied, with $10 costs. Orders filed.

SUBSIDIARY HIGH COURT OF A. O. F. et al., Respondents, v. GRAY et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Ac-

tion by the Subsidiary High Court of Ancient Order of Foresters and another against Thomas Gray and others. No opinion. Order affirmed, with $10 costs and disbursements.

SUSSMAN v. EDELMAN et al. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Matilda Sussman against Morris Edelman and others. No opinion. As the County Court of Kings County could not possibly obtain jurisdiction by the practice pursued by the respondent in this case, its order is wholly void, and it must therefore be reversed, with $10 costs and disbursements.

SWIFT & CO., Appellant, v. NEW YORK & Q. C. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1910.) Action by Swift & Co. against the New York & Queens County Railway Company. No opinion. Motion for reargument denied, with costs. For former decision, see 120 N. Y. Supp. 203.

SWING, Appellant, v. BURKE, Respondent. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by James B. Swing against Walker A. Burke. G. Ryall, for appellant. R. L. Redfield, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SZAG, Respondent, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Elsbeth Meyer Szag against the Pennsylvania Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless the plaintiff shall, within 20 days, stipulate to reduce the verdict to the sum of $12,000 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and, as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

ROBSON, J., dissents, and votes for reversal.

In re TAILER. (Supreme Court, Appellate Division, First Department. December 31, 1909.) In the matter of Edward N. Tailer. No opinion. Motion granted. Settle order on notice.

THAYER, Respondent, v. VILLAGE OF PENN YAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Sampel I. Thayer, as administrator, etc., against the Village of Penn Yan.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

THOMAS, Appellant, v. QUINBY, Respondent. (Supreme Court, Appellate Division, Second Department. January 26, 1910.) Action by Adeline Thomas, an infant, by Oscar B. Thomas, her guardian ad litem, against Franklyn Quinby. No opinion. Order affirmed, with $10 costs and disbursements.

THOMAS, Respondent, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Charles R. Thomas against John H. Springer. No opinion. Motion for reargument denied, with costs. For former decision, see 119 N. Y. Supp. 463.

THOMAS, Respondent, v. SPRINGER, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Clare F. Thomas against John H. Springer. No opinion. Motion for reargument denied, with costs. For former decision, see 119 N. Y. Supp. 460.

THOMPSON, Respondent, v. McLAUGHLIN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by George T. Thompson against James R. McLaughlin and others.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, said appeal is ordered transferred to the Appellate Division of the Third Judicial Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

ROBSON, J., not sitting.

TREADWELL, Appellant, v. UNITED VERDE COPPER CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by George A. Treadwell against the United Verde Copper Company and others. C. M. Demond, for appellant. A. B. Cruikshank, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, upon the ground that in the opinion of the court this is not a proper case for an allowance. Order filed. See, also, 134 App. Div. 394, 119 N. Y. Supp. 112.

TREDWELL et al., Respondents, v. SMITH, Appellant. (Supreme Court, Appellate Division. Second Department. December 30, 1909.) Action by Annie M. Tredwell and Henry C. Tredwell, as executors, etc., of Timothy Tredwell, deceased, against Millard F. Smith.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, for error of the trial justice in admitting in evidence entries in a book purporting to be kept by Timothy Tredwell, deceased. Vosburgh v. Thayer, 12 Johns. 461; Smith v. Smith, 163 N. Y. 168, 57 N. E. 300, 52 L. R. A. 545; Collins v. Carlin, 106 App. Div. 204, 94 N. Y. Supp. 317.

TRUMBLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by William A.